Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Proposed Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>THE MEDICAL DIAGNOSTIC IMAGING GROUP, LTD., an Arizona Professional Corporation<br><br>MDIG OF ARIZONA, LLC, an Arizona Limited Liability Company<br><br>Debtors.<br><br>THIS FILING APPLIES TO:<br>　　X All Debtors<br>　　☐ Specified Debtors: | Chapter 11 Proceedings<br><br>Case No. 2:19-bk-15722-DPC<br>Case No. 2:19-bk-15726-BMW<br><br>(Joint Administration Proposed)<br><br>**MOTION TO ESTABLISH PROCEDURE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES DUE CERTAIN PROFESSIONALS** |

THE MEDICAL DIAGNOSTIC IMAGING GROUP, LTD. and MDIG OF ARIZONA, LLC, Debtors and Debtors-in-Possession (collectively the **"Debtors"**) in the above-captioned Chapter 11 cases file this Motion for an order pursuant to 11 U.S.C. §§ 105(a) and 331, to establish procedures for interim compensation and reimbursement of expenses for professionals retained in these cases (**"Professionals"**). In support of this Motion, the following facts are offered for the Court's consideration:

## BACKGROUND

**Jurisdiction and Venue**:

1. The Debtors filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code on December 16, 2019 (the **"Petition Date"**). The Debtors continue to operate their businesses and possess their property as debtors-in-

1. possession in accordance with 11 U.S.C. §§ 1007 and 1108.

2. This Court has jurisdiction over these Chapter 11 cases pursuant to 28 U.S.C. §§ 157 and 1334. These matters constitute core proceedings under 28 U.S.C. § 157(b)(2).

3. The Debtors' principal places of business are located in Maricopa County, Arizona.

4. Accordingly, venue of these cases is proper in the District of Arizona pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtors request entry of an order authorizing and establishing procedures for the compensation and reimbursement of estate Professionals on a monthly basis and, on terms comparable to those procedures established in other large Chapter 11 cases filed in this and other Districts. The entry of such order will streamline the professional compensation process and enable the Court and all other parties to monitor the professional fees incurred in this case more effectively.

6. A copy of the proposed Stipulated Order is attached as **Exhibit A.** The proposed Stipulated Order has been agreed to by the United States Trustee's Office.

7. The Debtors propose the monthly payment of compensation and reimbursement of expenses of the Professional, and any cost reimbursement to members of the Committee, be structured as set forth in the proposed Stipulated Order.

8. The Debtors request that the above procedure of compensating and reimbursing Professionals on a monthly basis be established, comparable to those in other large Chapter 11 cases. *See, e.g., In re Knudsen Corp.,* 84 B.R. 668 (BAP 9th Cir. 1988). In this way, the Court and other parties can effectively monitor the fees incurred.

WHEREFORE, the Debtors respectfully request that this Court enter an order:

A. Authorizing and establishing procedures for interim compensation and reimbursement of expenses for the Professionals on a monthly basis as set forth herein; and

B. Granting such other and further relief as this Court deems fair and

107770624.1
2
Case 2:19-bk-15722-DPC   Doc 16   Filed 12/16/19   Entered 12/16/19 13:12:24   Desc
Main Document    Page 2 of 3

just.

DATED this 16th day of December, 2019.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.* (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Proposed Attorney for Debtors

COPY of the foregoing emailed
this 16th day of December, 2019 to:

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Lindsi Weber, Esq.
Polsinelli
One E Washington
Suite 1200
Phoenix, AZ 85004
Email: lweber@polsinelli.com

AND

COPY of the foregoing mailed this
16th day of December, 2019 to the List of
20 Largest Unsecured Creditors on file in each
of the above-captioned cases.


By *Sharon D. Kirby*