ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

LARRY L. WATSON (CA Bar No. 193531)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
E-mail: larry.watson@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THE MEDICAL DIAGNOSTIC IMAGING GROUP, LTD., an Arizona Professional Corporation<br><br>MDIG OF ARIZONA, LLC, an Arizona Limited Liability Company<br><br>　　　　　Debtors.<br><br>THIS FILING APPLIES TO:<br><br>　　**X** All Debtors | Chapter 11 Proceedings<br><br>Case No. 2:19-bk-15722-DPC<br>Case No. 2:19-bk-15726-DPC<br><br>(Joint Administration Proposed)<br><br>**CERTIFICATE OF SERVICE** |

　　I, Chris Stewart, a legal assistant in the Office of the United States Trustee, declare that on November 15, 2019, I caused to be placed in the United States mail, first class, postage prepaid, the:

- United States Trustee's Ex-Parte Motion to Approve Stipulated Order Appointing Patient Care and Consumer Privacy Ombudsman Pursuant to 11 U.S.C. §§ 332 and 333

- United States Trustee's Application for Order Approving Appointment of Susan N. Goodman as Patient Care and Consumer Privacy Ombudsman Pursuant to 11 U.S.C. §§ 332 and 333

- Notice of Lodging Stipulated Order Appointing Patient Care and Consumer Privacy Ombudsman Pursuant to 11 U.S.C. §§ 332 and 333
- Verified Statement Affidavit of Disinterest Susan N. Goodman

to all creditors listed on the attached Master Mailing List.

RESPECTFULLY SUBMITTED this 19th day of December, 2019.

/s/  Chris Stewart
Chris Stewart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:19-bk-15722-DPC<br>District of Arizona<br>Phoenix<br>Thu Dec 19 15:34:09 MST 2019 | AZ DEPARTMENT OF REVENUE<br>BANKRUPTCY & LITIGATION<br>1600 W. MONROE, 7TH FL.<br>PHOENIX, AZ 85007-2650 | Cancer Treatment Centers of America Professi<br>c/o Karl M. Tilleman<br>2398 E Camelback Rd #850<br>Phoenix, AZ 85016-9007 |
| THE MEDICAL DIAGNOSTIC IMAGING GROUP, LTD.<br>10835 N 25th Ave<br>Ste 140<br>Phoenix, AZ 85029-3408 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | ADVANCED MEDICAL MANAGEMENT SOLUTIONS LLC<br>PO BOX 17049<br>PHOENIX, AZ 85011-0049 |
| AMERICAN MESSAGING<br>PO BOX 5749<br>CAROL STREAM, IL 60197-5749 | ANDRY, NATHALIE V<br>6834 E GELDING DRIVE<br>SCOTTSDALE, AZ 85254-3465 | ARIZONA DEPARTMENT OF HEALTH SERVICES<br>4814 S. 40TH ST.<br>PHOENIX, AZ 85040-2940 |
| BHOJWANI, NICHOLAS<br>4848 N GOLDWATER BLVD<br>UNIT 2082<br>SCOTTSDALE, AZ 85251-1049 | BLUE CROSS BLUE SHIELD OF ARIZONA<br>PO BOX 81049<br>PHOENIX, AZ 85069-1049 | CANCER TREATMENT CENTERS OF AMERICA PROEFESS<br>C/O KARL M. TILLEMAN, ESQ.<br>2398 E CAMELBACK RD #850<br>PHOENIX, AZ 85016-9007 |
| CANCER TREATMENT CETNERS OF AMERICA PROFESSI<br>C/O RICHARD W. MEAR, ESQ.<br>1850 N CENTRAL AVE #2400<br>PHOENIX, AZ 85004-4579 | CLIENT OUTLOOK INC<br>103 BAUER PLACE, SUITE 3<br>WATERLOO, ONTARIO, NV N2L6B5 | COX COMMUNICATIONS<br>PO BOX 53249<br>PHOENIX, AZ 85072-3249 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | EELKEMA, JOHN<br>7942 E ROSE GARDEN LN<br>SCOTTSDALE, AZ 85255-6427 | ELSEVIER INC.<br>PO BOX 9533<br>NEW YORK, NY 10087-9533 |
| EMIG, DANIEL<br>2259 JOANN AVE<br>BULLHEAD CITY, AZ 86442-8160 | FIRST COAST BILLING GROUP, INC<br>11655 CENTRAL PARKWAY, SUITE 305<br>JACKSONVILLE, FL 32224-2659 | FISHER & PHILLIPS LLP<br>PO BOX 301018<br>LOS ANGELES, SC 90030-1018 |
| FISKE, SHIRLEY A<br>19811 N CONQUISTADOR DR<br>SUN CITY WEST, AZ 85375-4269 | GANDHI, KABIR<br>4803 N WOODMERE FAIRWAY #1003<br>SCOTTSDALE, AZ 85251-1542 | HECKMAN AND LAUDEMAN, LLC<br>PO BOX 347<br>ORWIGSBURG, PA 17961-0347 |
| HENDRIX, TINA M<br>59907 E HERON DRIVE<br>ORACLE, AZ 85623-7547 | HOLOGIC INC.<br>24506 NETWORK PLACE<br>CHICAGO, IL 60673-1245 | HOVEY, BART A<br>3633 W COUNTY 18<br>SOMERTON, AZ 85350-8279 |
| INGUI, CHRISTIAN J<br>4300 E TAURUS PLACE<br>CHANDLER, AZ 85249-5807 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | IT PARTNERS<br>ATTN: A/R<br>6939 S HARL AVE<br>TEMPE, AZ 85283-4305 |

| | | |
|---|---|---|
| JALALZAI, WAHEED<br>31 SUNSET PARK LN<br>SUGAR LAND, TX 77479-2742 | KAZEM, IMRAN<br>750 NORTHRIDGE DR.<br>WEST LAFAYETTE, IN 47906-2388 | KONICA MINOLTA PREMIER FINANCE<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| KURLI, VINEEL<br>9705 E POINSETTIA DRIVE<br>SCOTTSDALE, AZ 85260-5955 | LAMPERT, PAUL<br>20606 S 196TH PLACE<br>QUEEN CREEK, AZ 85142-7846 | LIN, IRENE<br>6963 E BUCKHORN TRAIL<br>SCOTTSDALE, AZ 85266-8867 |
| MADDEN, DAVID M<br>6800 STRAND AVE #186<br>YUMA, AZ 85364-9727 | MCCARVER III, ROBERT R<br>1671 E BRIGADIER COURT<br>GILBERT, AZ 85298-8300 | MCKESSON MEDICAL SURGICAL<br>PO BOX 51020<br>LOS ANGELES, CA 90051-5320 |
| MDIG TELERADIOLOGY<br>10835 N. 25TH AVE, SUITE 240<br>PHOENIX, AZ 85029-3458 | MEDICUS RADIOLOGY SERVICES, LLC<br>22 ROULSTON ROAD<br>WINDHAM, NH 03087-1209 | MERGE HEALTHCARE<br>PO BOX 205824<br>DALLAS, TX 75320-5824 |
| MICHELI, ORLANDO A<br>2994 S BRANDING IRON CT<br>YUMA, AZ 85364-7444 | NUANCE HEALTHCARE DIVISION<br>PO BOX 2561<br>CAROL STREAM, IL 60132-2561 | OSUMI, ALAN K<br>721 N 3RD STREET<br>GLOBE, AZ 85501-1157 |
| PATEL, RAKESH H<br>6803 E MAIN STREET #6604<br>SCOTTSDALE, AZ 85251-4371 | PAYCHEX HUMAN RESOURCE SERVICES<br>GENERAL POST OFFICE<br>PO BOX 29769<br>NEW YORK, NY 10087-9769 | RELIANCE STANDARD LIFE INS - DENTAL/VISIO<br>PO BOX 650804<br>DALLAS, TX 75265-0804 |
| RELIANCE STANDARD LIFE INS - LIFE/DISABIL<br>PO BOX 6504<br>CAROL STREAM, IL 60197-6504 | ROLLE, TIMOTHY<br>5344 S. ARABIAN DRIVE<br>SIERRA VISTA, AZ 85650-9199 | ROMANO, WILLIAM J<br>20758 N 102ND STREET<br>SCOTTSDALE, AZ 85255-3368 |
| RUVO, VERONICA Y<br>8264 E ARROYO HONDO RD<br>SCOTTSDALE, AZ 85266-1007 | SADEGI, BARRY J<br>10069 N 107TH STREET<br>SCOTTSDALE, AZ 85258-6093 | SAGHIR, MOHAMAD A<br>4410 N 27TH ST UNIT 6<br>PHOENIX, AZ 85016-0901 |
| SCRIPTOR SOFTWARE<br>5335 ROBINHOOD VILLAGE DR., #164<br>WINSTON-SALEM, NC 27106-9820 | SHAH, ABHIJIT<br>2704 BROKEN BOW CIRCLE<br>PLANO, TX 75093-3395 | SHAH, PARAS A<br>12024 N 61ST STREET<br>SCOTTSDALE, AZ 85254-4904 |
| SHERMAN & HOWARD LLC<br>633 SEVENTEENTH STREET, SUITE 3000<br>DENVER, CO 80202-3622 | SHRED-IT USA LLC<br>28883 NETWORK PLACE<br>CHICAGO, IL 60673-1288 | SIEMENS MEDICAL SOLUTIONS USA<br>PO BOX 120001 DEPT 0733<br>DALLAS, TX 75312-0733 |

| | | |
|---|---|---|
| SPARKLETTS & SIERRA SPRINGS<br>PO BOX 660579<br>DALLAS, TX 75266-0579 | STAFF CARE<br>P.O. BOX 281923<br>ATLANTA, GA 30384-1923 | STAIR, DORIS R<br>3663 E CASSIA LANE<br>GILBERT, AZ 85298-2249 |
| STEINBERG, PETER M<br>21905 N 37TH TERRACE<br>PHOENIX, AZ 85050-4960 | STERICYCLE<br>PO BOX 6578<br>CAROL STREAM, IL 60197-6578 | SULTANI, TAMIM A<br>1747 E NORTHERN AVE<br>UNIT 203<br>PHOENIX, AZ 85020-3991 |
| TITUS, GREGORY P<br>6630 N 48TH STREET<br>PARADISE VALLEY, AZ 85253-4056 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | VTR DEER VALLEY MOB II, LLC<br>PO BOX 846085<br>DALLAS, TX 75284-6085 |
| WEITZ, DAVID J<br>11135 EAST MIRASOL CIRCLE<br>SCOTTSDALE, AZ 85255-1999 | (p)WESTERN ALLIANCE BANK<br>1 EAST WASHINGTON STREET<br>STE 1400<br>PHOENIX AZ 85004-2559 | WILLEY, RICHARD M<br>20558 E CHERRYWOOD COURT<br>QUEEN CREEK, AZ 85142-7615 |
| WITTENBERG, AARON F<br>3746 E EMBER GLOW WAY<br>PHOENIX, AZ 85050-4928 | Western Alliance Bank<br>POLSINELLI PC c/o Lindsi M. Weber<br>One East Washington St., Suite 1200<br>Phoenix, Arizona 85004-2568 | MICHAEL W. CARMEL<br>MICHAEL W. CARMEL, LTD.<br>80 E. COLUMBUS AVE<br>PHOENIX, AZ 85012-2334 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| DELL FINANCIAL SERVICES<br>PAYMENT PROCESSING CENTER<br>PO BOX 5292<br>CAROL STREAM, IL 60197-5292 | WESTERN ALLIANCE BANK<br>PHOENIX BILTMORE PARK<br>2701 E CAMELBACK RD, STE 110<br>PHOENIX, AZ 85016 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Western Alliance Bank

End of Label Matrix
Mailable recipients   74
Bypassed recipients    1
Total                 75