Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Debtor, The Medical Diagnostic Imaging Group, Ltd.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| THE MEDICAL DIAGNOSTIC IMAGING GROUP, LTD., an Arizona Professional Corporation | Case No. 2:19-bk-15722-DPC<br>Case No. 2:19-bk-15726-DPC |
| MDIG OF ARIZONA, LLC, an Arizona Limited Liability Company | (Jointly Administered)<br>**NOTICE OF HEARING** |
| Debtors. | **Date of Hearing: January 21, 2020**<br>**Time of Hearing: 10:30 a.m.**<br>**Courtroom No.: 603** |
| THIS FILING APPLIES TO:<br>　　X All Debtors<br>　　☐ Specified Debtors: | |

**NOTICE IS HEREBY GIVEN** the Court has scheduled a hearing on January 21, 2020 at 10:30 a.m. before the Honorable Daniel P. Collins, Courtroom No. 603, 230 North First Avenue, Phoenix, Arizona 85003 to consider the following:

1. Final Approval of the "Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing Debtors' Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing Thereon **("Cash Collateral Motion").**

2. Debtors' Motion for Order (A) Approving Bid Procedures Relating to Proposed Sale; and (B) Approving Bid Protections **("Bid Procedures Motion").**

The Court has entered a Stipulated Order Authorizing Interim Use of Cash Collateral on December 18, 2019 at DE #33.

107770624.1

Copies of either the Cash Collateral Motion or the Stipulated Order are available both on the Court's docket, or by requesting a copy from Debtor's undersigned counsel. The Debtors are seeking final approval of the Cash Collateral Motion at the January 21, 2020 hearing.

The Bid Procedures Motion was filed on December 20, 2019 at DE #43. It relates to a separate Motion seeking approval of a sale (the **"Sale Motion"**) which was filed on December 20, 2019 at DE #42. The Bid Procedures Motion sets forth in general terms the proposed Bid Procedures, which includes, among other things, a proposed break-up fee in the amount of $140,000, and an expense reimbursement up to a maximum of $100,000. The proposed Bid Procedures are attached as Exhibit A to the Bid Procedures Motion, and the proposed Bid Procedures Order is attached as Exhibit B. Copies of those documents are also available on the Court's docket, as well as by seeking a copy from undersigned counsel.

Any objections to either of these matters must be filed on or before **January 16, 2020,** and a copy provided to undersigned counsel at the following address:

Michael W. Carmel, Esq.
Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, AZ 85012
Email: Michael@mcarmellaw.com
Telephone: (602) 264-4965

DATED this 20th day of December, 2019.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.* (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Attorney for Debtors

COPY of the foregoing emailed this
20th day of December, 2019 to:

Larry Watson, Esq.
Jennifer Giaimo, Esq.
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: Larry.Watson@usdoj.gopv
Email: Jennifer.A. Giaimo@usdoj.gov

107770624.1

Lindsi Weber, Esq.
Polsinelli
One E Washington
Suite 1200
Phoenix, AZ 85004
Email: lweber@polsinelli.com

Karl M. Tilleman, Esq.
Erin Bradham, Esq.
Erin N. Bass, Esq.
Dentons US LLP
2398 E. Camelback Rd., Ste. 850
Phoenix, AZ  85016
Email:  Karl.Tilleman@dentons.com
Email:  Erin.Bradham@dentons.com
Email:  Erin.Bass@dentons.com
*Attorneys for Cancer Treatment Centers of America,
Professional Corporation of Arizona,P.C.*

By *Sharon D. Kirby*